UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 3:18-cv-397-J-34JRK

SANDRA L. HALLOCK,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 11; Report), entered on July 17, 2018, recommending that Plaintiff's Motion for Entry of Default Final Judgment (Doc. 9) be granted, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant. See Report at 6. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**:

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 11) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. 9) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the following amounts: $9,246.44 in principal; $5,174.13 in prejudgment interest as of February 23, 2018; prejudgment interest on the total principal amount accruing at the rate of 4.08% and a daily rate of $1.03 from February 24, 2018 through August 29, 2018; post-judgment interest accruing at the legal rate established by 28 U.S.C. § 1961; and $62.31 in costs.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of August, 2018.

*[signature: Marcia Morales Howard]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Sandra L. Hallock
6239 53rd Road
Live Oak, FL 32060